FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY CASTILLO KNOEB, III,<br><br>Plaintiff,<br><br>vs.<br><br>YAKIMA COUNTY JAIL DOC and SHELTON WA CORRECTION CENTER,<br><br>Defendants. | No. 1:23-cv-03207-MKD<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS |

On February 5, 2024, the Court instructed Plaintiff Roy Castillo Knoeb, III, a *pro se* pretrial detainee at the Yakima County Jail, to clarify his prisoner status for the six months immediately preceding December 28, 2023, and to provide statements of his inmate account from each of the facilities where he was incarcerated prior to December 28, 2023. ECF No. 5 at 2. These documents are required for a prisoner to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a).

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS - 1

In the alternative, the Court directed Plaintiff to pay the full $405 filing fee ($350 filing fee, plus $5 administrative fee) to commence this action. ECF No. 5 at 3. Plaintiff did not comply with these directives and has filed nothing further. Therefore, it appears Plaintiff has abandoned this litigation.

Accordingly, **IT IS ORDERED:**

1. For the reasons set forth above and in the Court's prior Order, ECF No. 5, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, **enter judgment**, provide copies to Plaintiff at his last known address, and **CLOSE** the file.

**DATED** March 25, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE
